```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

JOHN C. BOSTIC (CABN 264367)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    john.bostic@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER YANG & DANIEL WU,<br><br>Defendants. | CASE NO. 16-CR-00334 LHK<br>CASE NO. 16-CR-00335 LHK<br><br>JOINT STIPULATION REGARDING SELF-SURRENDER DATE; [PROPOSED] ORDER |

The United States and Defendants Jennifer Yang and Daniel Wu, by and through their counsel, stipulate and agree that the Court should set a self-surrender date of August 7, 2023 for the Defendants in this case.

On December 19, 2019, Defendants Jennifer Yang and Daniel Wu were convicted of: (1) Visa Fraud; (2) Mail Fraud; and (3) Conspiracy to Commit Visa Fraud, Mail Fraud, and Aggravated Identity Theft. ECF No. 344.

On August 19, 2020, the Honorable Lucy H. Koh sentenced Defendant Jennifer Yang to 46 months imprisonment on each of the four counts of conviction, to be served concurrently and followed by three years of supervised release. ECF No. 413. Defendant Daniel Wu was sentenced that same date

to 24 months of imprisonment on each of the four counts of conviction, to be served concurrently and followed by three years of supervised release. *Id.* Both Defendants were ordered to self-surrender to their designated facility by February 3, 2021. *Id.*

On January 5, 2021, Judge Koh granted Defendants' Motions for Bail Pending Appeal. ECF Nos. 473, 474.

On October 18, 2022 the Ninth Circuit issued the Mandate as to Defendants' appeals, affirming the District Court's judgment and putting it into effect as of that date. ECF No. 484. Because the self-surrender date originally set by the Court was preempted by the Court's granting of Defendants' Motions for Bail Pending Appeal, it is necessary to set a new self-surrender date for each Defendant.

Accordingly, the parties herby stipulate and agree that each Defendant shall surrender for service of sentence at the institution designated for them by the Bureau of Prisons by 2:00 p.m. on August 7, 2023.

DATED: June 20, 2023  Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

  */s/ John C. Bostic*
JOHN C. BOSTIC
Assistant United States Attorney

DATED: June 20, 2023  */s/ Mark Flanagan*
MARK FLANAGAN
BENJAMIN CONERY
NAOMI CHUNG
Counsel for Defendant Jennifer Yang

DATED: June 20, 2023  */s/ Alyssa Bell*
ALYSSA BELL
Counsel for Defendant Daniel Wu

**[~~PROPOSED~~] ORDER**

Having considered the stipulation of the parties, the Court hereby ORDERS that Defendants Jennifer Yang shall surrender for service of sentence at the institution designated for her by the Bureau of Prisons by 2:00 p.m. on August 7, 2023.  Defendant Daniel Wu shall surrender for service of sentence at the institution designated for him by the Bureau of Prisons by 2:00 p.m. on August 7, 2023

IT IS SO ORDERED.

DATED:  June 21, 2023

_____
United States District Judge